**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MCF LIMITED PARTNERS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:12-CV-2530 |
| SENECA SPECIALTY INSURANCE COMPANY, | (JUDGE CAPUTO) |
| Defendant. | |

**ORDER**

**NOW**, this 21st day of December, 2012, **IT IS HEREBY ORDERED** that removing Defendant Seneca Specialty Insurance Company is given leave to file an amended notice of removal within twenty-one (21) days from the date of entry of this Order. If Defendant fails to do so, the action will be remanded to the Court of Common Pleas of Lackawanna County, Pennsylvania.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge